## MANUFACTURERS' COMMERCIAL CO. v. ANDERSON.

(Supreme Court, Appellate Division, First Department. December 21, 1906.)

APPEAL—REVIEW—DISCRETION OF COURT—CONTINUING PRELIMINARY INJUNCTION.

An order continuing a preliminary injunction till trial will not be disturbed; sufficient facts being presented to the court to call for exercise of its discretion in determining whether the existing conditions should be preserved till trial.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, § 3818.]

Appeal from Special Term, New York County.

Action by Manufacturers' Commercial Company against Frank E. Anderson. From an order continuing a preliminary injunction restraining defendant from disposing of or in any way interfering with a patent, and from granting any licenses or rights under it pendente lite, defendant appeals.   Affirmed.

Argued before McLAUGHLIN, PATTERSON, INGRAHAM, CLARKE, and HOUGHTON, JJ.

Justus P. Sheffield, for appellant.
Elbridge L. Adams, for respondent.

PER CURIAM.   Without passing upon the merits involved in this litigation, we are satisfied that sufficient facts were presented to the Special Term to call for the exercise of its discretion in determining whether the existing conditions should be preserved until the trial, and that there was no abuse of the discretion in granting the injunction pendente lite.

The order appealed from should therefore be affirmed, with $10 costs and disbursements to the respondent.